## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

PAMELA STERN,

    Plaintiffs,

v.                                Cause No.   1:15-cv-00823 KG-LF

GEICO GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Motion to Dismiss With Prejudice, the Court having considered the Motion and being otherwise fully advised in the premises finds that the Complaint, together with all other claims which could have been asserted therein, should be dismissed with prejudice, each party to bear its own costs and attorney's fees.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint, together with all other claims which could have been asserted therein, be and hereby are dismissed with prejudice, each party to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

2

Approved by:


  Approved Electronically 2/26/16   
Mark J. Caruso, Esq.
David E. Shelle, Esq.
Caruso Law Offices, P.C.
4302 Carlisle Blvd. NE
Albuquerque, NM 87107
505-883-5000
mark@carusolaw.com
david@carusolaw.com
*Attorneys for Plaintiff*



  /s/ *Brant L. Lillywhite*            
Brant L. Lillywhite
Allen, Shepherd, Lewis & Syra, P.A.
4801 Lang Ave NE, Suite 200
PO Box 94750
Albuquerque, NM 87199-4750
505-341-0110
blillywhite@allenlawnm.com
*Attorneys for Defendant*